# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1237
Lower Tribunal No. 2022-DR-1673-O

_____

ZOLTAN KECSKES, JR.,

Appellant,

v.

MARIA SANCHEZ TAPIA,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Elaine A. Barbour, Judge.

February 17, 2026

PER CURIAM.

AFFIRMED.

STARGEL, WHITE and MIZE, JJ., concur.


Andrew Windle, of The Windle Family Law Firm, P.A., Orlando, for Appellant.

Andrew J. Chmelir, of Jacobson, Chmelir & Ferwerda, Winter Springs, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED